STATE v. TURNER

No. 326P00

Case below: 138 N.C. App. 556

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. UMBEHANT

No. 495P00

Case below: 140 N.C. App. 151

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. WARD

No. 158A92-5

Case below: Pitt County Superior Court

Motion by Attorney General to lift stay of execution denied 25 October 2000. Defendant must file any subsequent motion for appropriate relief on or before 18 December 2000.